counsel Eddie ready your honor good morning your honors and may it please the court first I'd like to address their defendants motion for to take judicial notice of the three documents the first two are recorded documents recorded in the county recorder's office but while defendant says all of the documents referenced are a matter of public record and are thus proper it is incorrect exhibit 3 is actually from MERS own website if you look back at the document itself you can see that it's a web page screenshot it says copyright by MERS core holding and under the HTTP it is so it is not a public document and therefore under dingle vs. Bioport 270 F sub second 968 2003 case it talks about private websites and it says because it could not verify the information found on these websites for accuracy or authenticity they would not be accepted considering that MERS is a keep their documentation private there is no way to determine the validity of the statements made on its website you're just supposed to take their word for it so therefore it is not appropriate for judicial notice and I'm so you think the distinction between private websites and public websites being what being the public websites for example if you were on the county recorder's office website that may be appropriate public you mean like government public government exactly not public because all I mean there there are websites that are public in the sense that anybody on the internet can access them correct and then there are websites that are internal for example for example in the federal judiciary we have an internet and there are certain websites we can access from our court computers we couldn't access so one might draw that distinction I could say that's a private website whereas everything in the outer world is a public website well that would be wonderful because wiki wiki leak says all kinds of things and therefore we could present everything on the internet as if it was true and the court would have to take judicial notice of it so that's exactly why the the court in dingle said it has to be able to be it has to be able to be verified so for example if you have a county recorder's office like the first two documents one could if one wanted go down to the county recorder's office the official building of the county one could look up the records pull the document get a actual document on the website was the actual document that was recorded for murders or for any private company they put in a list of whom they believe their members are and then you go to verify it so this is only significant I take it if we agree with your argument that that only subsequent or successor lenders within the MERS registry are can be represented by murders and I didn't see any language to that effect in the actual language of the the deed of trust or the I'm not sure why I saw the purchase and sale agreement so I didn't see any language to that effect and the language in Cervantes that you quote doesn't really say that doesn't go that far so so why should it make any difference given the plain language of the contract saying that MERS has the authority to act for the lender successors why would it make any difference if the successors are part of the registry or not well what the what they're pointing out in Cervantes I believe is that the transfer has to be recorded in the county recorder's office and it just describes when MERS holds the beneficial interest and when are they allowed to transfer only says it's not recorded in the registry but into the MERS registry but I'm not sure how that affects MERS authority to act for the lenders successors and signs which is what the the language of the agreement says well it doesn't say that that authority ends if a lender is not a customer of MERS well then MERS would be the successor and would represent anybody who was a lender I mean that's that's what the plain language of the deed of trust says well MERS has nominee for lender and lenders successors and assigns well I can say is we disagree we believe that if you're not a member of MERS you have not made a contract with privity with MERS the lender that the assignee never signs the document so you have a one-sided document claiming that the person who signs it represents the person who received it but the person who receives it never signs never agrees is not in fact in contractual privity with MERS at all and now we know from Cervantes that if they're not then MERS is no longer going to track them no longer has anything to do with it in MERS own opinion so you have to get authority from somewhere and you can't get authority to represent and be an agent from somebody else so that would be an issue between MERS and and the successor lender right but but I'm not sure the borrower just agreed that MERS could act for the lender successors and signs I guess I don't understand how the borrower would have be in a position to make that argument well because the is the one who signed the original document and the borrower is the one who looking at the document first of all as if any borrower looked at these documents was it which is extremely unlikely it really comes down to the point as how did these people become an agent you cannot become an agent that language was in the deed of trust so presumably the borrower signed that and is held to whatever was in the deed of trust so obviously the borrower is responsible for that language and agrees that MERS can act for the lender successors and signs but does not agree and does not make them the successors and assigns you cannot make somebody an agent of somebody else by your own agreement so in our view if you come in and and I were to say well look this person is going to represent you you have to agree or that person does not present you otherwise as an agent that person could make representations on your behalf they everything they do could be put back to you and responded superior and so suddenly you have two parties saying look we agree that you're going to be the agent of a third party yet unknown can I ask you another question slightly off of that subject did your client raise this in the foreclosure proceedings no this is a wrongful foreclosure action right where is the foreclosure there is the status of the foreclosure no foreclosure has taken place the foreclosure has so wouldn't this be properly raised as a defense in the foreclosure action rather than as well there is no foreclosure action it's a non-judicial foreclosure so there is nowhere for a borrower to challenge in the non-judicial system there is no place for them to come out and say we object the only thing you can do is exactly what mr. Obama did which is go to the courthouse and say wait a minute this foreclosure process going back to the notice of default going to a notice of trustees sale going to any of those non-judicial we have no way of doing that other than that and that's certainly one of the advantages of a judicial foreclosure is that the lender is the plaintiff the lender therefore has to prove their case in a non-judicial state pretty much anybody can record in a notice of default and anyone can record the notice of trustees so the person who holds a note would be the person to foreclose exactly right and if who holds and who holds a note exactly holds it out here exactly nobody knows nobody knows absolutely nobody including by the way the person who probably holds it they have they have no it's it's endorsed in blank is it not the note is endorsed in the holder of the note has the right to foreclose that's right it's exactly like a lot of where does your client get standing to question how that person came into possession of the note itself who is the person that we're questioning why does it matter to your mind why does it matter to your client well under Ivanova you can't just be a bounty hunter lenders are not just walking around looking for loans they have to have to say as Ivanova says clearly to say that just because somebody else may be owed the money you don't owe money to the world at large so if I borrow money collect I don't have to pay you money to the holder of the note that's right the identity of that person is of no consequence I mean it was directly against what Ivanova says is that what Ivanova says is it you can't just foreclose because you say you have to know it was just about standing about whether the the borrower had standing to Ivanova that's right so there's no evidence here about a void transaction because under Turner and the California cases that Turner cited Satterbeck and the like Glaske has been pretty much is now a dead letter so so the to the there's no standing on the part of the borrower is my understanding well first of all Ivanova did not say whether the New York statute said void of right but Turner and I'm circuit case said that that a defect in the the trust papers so that if something was transferred in contravention of the the trust document that was merely void of all here's the problem the problem is is that the New York statute says void the problem is no court not Satterbeck not Turner not Raja mom has ever said the word void is ambiguous and Miriam Webster gave us two words void and void of all what Satterbeck held is the New York court doesn't speak English well and therefore they picked the wrong word we are going to rewrite the statute to say it's void of all not void because if we don't look at all the problems we're going to have and that is simply not a decision that the courts can make courts can only write statutes well wait a minute courts can't write statutes can't courts can only interpret statutes and they cannot interpret them to mean the opposite of what the word is especially if that word is not in ambiguous has never been found by any court to be ambiguous thank you thank you we'll hear from the other side good morning since the courts already familiar with our arguments I just want to summarize a few key points and perhaps address some of the comments of my colleague ultimately the issues in this case are not new they're not novel over the course of the past decade in California there's been increased scrutiny on the California's non-judicial foreclosure scheme this case raises issues with California's non-judicial foreclosure scheme in particular the overarching theme of the lawsuit is whether or not my client HSBC Bank has standing to pursue a non-judicial foreclosure sale now the appellant notably doesn't argue that he hasn't made a mortgage payment since 2009 or that he's a quarter million dollars in arrears on the loan he posits to the court that the underlying lawsuit is intended to ask to ascertain who in fact is entitled to collect those back payments from him not as he puts it to obtain a free house the primary focus of the challenge as was made even more clear by counsel's argument is that HSBC Bank didn't receive a valid assignment of the deed of trust California courts and courts within the Ninth Circuit have been consistent in finding that MERS has the authority to act as a nominee for a lender and a lender successors in the science he also says that the note wasn't appropriately transferred to HSBC in the trust it wasn't endorsed it was stuck in the intermediaries we don't really have the paperwork on that in the record what's your response to that sure I that was the argument but that's not consistent with what the actual allegations in the complaint are turning to the complaint the plaintiff and that's what even more remarkable remarkable about this case is the appellant in this case in his complaint actually acknowledges that the loan was sold first from the original lender to an entity DB structured products then DB structured products to a securities and then from a securities to the underlying securitization trust so that that's what makes us even more confusing is the appellant actually acknowledges that the loan was sold to HSBC Bank so it's clear to me those argument in the brief is not supported by the complaint is what you're saying because in the brief he says it never got to HSBC as trustee for the trust that's right the complaint reading from paragraph paragraph 10 this is excerpts of the record page 71 the appellant alleges that mortgage it the at paragraph 14 excerpts of the record page 73 the appellant alleges further alleges specifically the first true sale occurred when DB structured products Inc securitization sponsor and seller sold the loan to ace securities Corp securitization depositor thereafter ace securities Corp sold the loan to HSBC Bank USA National Association the trustee of the trust and even even if we were to assume that there was a defect at any point in that transfer the California Supreme Court has concluded or held that a borrower who has actually suffered a wrongful foreclosure can challenge that transfer only in the event that it's void but not if it's voidable and as your honor noted this court has already determined in the Turner case that under New York trust law a borrower doesn't have standing to challenge that transfer as far as counsel's arguments with respect to the motion for judicial notice are concerned I think at the end of the day the allegation in the complaint is that DB structured products is not in the merge registry that record is a snapshot of the merge registry showing that in fact the allegation is incorrect does it matter I don't think it matters I think as I noted in this case the appellant has actually admitted that the loan was sold HSBC Bank if if nothing else MERS as the beneficiary of record had some obligation at least in a that deed of trust to HSBC Bank who was in fact the owner of the loan with that I open it up to any potential questions that your honors have thank you thank you you used up your time would you like a minute for a bottle okay thank you cases are you will stand submitted
judges: Kozinski, Ikuta, Gettleman